United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 14-13376-elf
Christina Geigel Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: Antoinett Page 1 of 1 Date Rcvd: May 22, 2017
 Form ID: trc Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2017.
13336741 +HSBC Mortgage Services, Inc.,   PO Box 21188,   Eagan, MN 55121-0188

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2017 at the address(es) listed below:
     CELINE P. DERKRIKORIAN    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
     DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     MICHAEL J. BRESNAHAN    on behalf of Attorney Michael J Bresnahan mikewcpsu@verizon.net
     MICHAEL J. BRESNAHAN    on behalf of Debtor Christina  Geigel mikewcpsu@verizon.net
     THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-13376-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Christina Geigel
158 Appledore Drive
Downingtown PA 19335

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/18/2017.

Name and Address of Alleged Transferor(s):

Claim No. 2: HSBC Mortgage Services, Inc., PO Box 21188, Eagan, MN 55121

Name and Address of Transferee:

Wilmington Savings Fund Society, FSB, d
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/24/17

Tim McGrath
**CLERK OF THE COURT**