# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 14-13376-ELF

CHRISTINA GEIGEL

158 APPLEDORE DRIVE

DOWNINGTOWN, PA 19335

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CHRISTINA GEIGEL

  158 APPLEDORE DRIVE

  DOWNINGTOWN, PA 19335

Counsel for debtor(s), by electronic notice only.

  MICHAEL J BRESNAHAN
  310 N HIGH ST

  WEST CHESTER, PA 19380-

Date: 4/9/2018

    /S/ William C. Miller
    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee