**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                                Chapter 13

                                                Bankruptcy No. 14-13376-ELF

      CHRISTINA GEIGEL

      158 APPLEDORE DRIVE

      DOWNINGTOWN, PA 19335

          Debtor

**CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      CHRISTINA GEIGEL

      158 APPLEDORE DRIVE

      DOWNINGTOWN, PA 19335

Counsel for debtor(s), by electronic notice only.

      MICHAEL J BRESNAHAN
      310 N HIGH ST

      WEST CHESTER, PA 19380-

                                                                    /S/ William C. Miller

Date: 10/23/2018                                                       _____

                                                                     William C. Miller, Esquire
                                                                     Chapter 13 Standing Trustee