## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      CHRISTINA GEIGEL,           :      Chapter 13
                                        :
            Debtor                      :      Bky. No. 14-13376 ELF

## O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. A hearing is scheduled on **June 25, 2019, at 1:00 p.m.**, in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA, at 1:00 p.m., to consider: **the Chapter 13 Trustee's Motion to Dismiss Case**.

2. If the Debtor fails to appear or otherwise contest the Motion, the Motion may be granted without further notice or hearing.

**Date: May 28, 2019**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

cc:    Christina Geigel
       158 Appledore Drive
       Downingtown, PA 19335