United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Christina Geigel
    Debtor

Case No. 14-13376-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: TashaD    Page 1 of 2    Date Rcvd: Jun 26, 2019
    Form ID: pdf900    Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.
```
db             +Christina Geigel,    158 Appledore Drive,    Downingtown, PA 19335-2252
13295684       +CBCS,   P. O. Box 163250,    Columbus, OH 43216-3250
13295686      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Usa,    Attn: Bankruptcy Dept,    PO Box 20487,
                Kansas City, MO 64195)
13295691      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot Credit Services,    Processing Center,
                Des Moines, IOWA 50364-0000)
13371428        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13344724       +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
13295687       +Credit First National Association,    P. O. Box 818011,    Cleveland, OH 44181-8011
13336741       +HSBC Mortgage Services, Inc.,    PO Box 21188,    Eagan, MN 55121-0188
13295697       +Mark Weisberg, Esquire,    MC CABE, WEISBERG, AND CONWAY, P.C.,    123 S. Broad St., Suite 2080,
                Philadelphia, PA 19109-1031
13307617       +Michael J. Bresnahan,    310 N. High Street,    West Chester, PA 19380-2614
13295701       +Robert M. Schwan, DMD,    606 Marshall Street,    West Chester, PA 19380-4455
13295702       +Standard Parking Corporation,    1835 Market St.,    Philadelphia, PA 19103-2968
13295703       +Standard Parking Corporation,    8037 Collection Center Drive,    Chicago, IL 60693-0001
13295704        Tires Plus,    P. O. Box 81083,    Cleveland, OH 44181
13295705       +WALMART,    1355 Noel Rd., Suite 2100,    Dallas, TX 75240-6837
13295706       +WECA-Wedgewood Estates Community Assoc.,    38 Nancy Lane,    Downingtown, PA 19335-2272
13920870       +Wilmington Savings Fund Society, FSB, d,    Serviced by Select Portfolio Servicing,,
                3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 27 2019 03:00:14      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2019 02:59:51
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 27 2019 03:00:09      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2019 03:06:46      Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13346940       +E-mail/Text: EBNProcessing@afni.com Jun 27 2019 03:00:06      Afni, Inc,    PO Box 3667,
                Bloomington, IL 61702-3667
13295681       +E-mail/Text: EBNProcessing@afni.com Jun 27 2019 03:00:06      Afni, Inc.,    Attn: Bankruptcy,
                PO Box 3097,    Bloomington, IL 61702-3097
13295683        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2019 03:06:05
                Capital One Bank (USA) N.A.,    15000 Capital One Dr.,    Richmond, VA 23238
13295684       +E-mail/Text: CBCSMail@CBCSNational.com Jun 27 2019 03:00:03      CBCS,   P. O. Box 163250,
                Columbus, OH 43216-3250
13295682       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2019 03:06:05      Capital 1 Bank,
                Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
13295685       +E-mail/Text: bankruptcycollections@citadelbanking.com Jun 27 2019 03:00:25      Citadel Fcu,
                40 N. Bailey Road,    Thorndale, PA 19372-1026
13295688       +E-mail/Text: bankruptcy@fncbinc.com Jun 27 2019 02:59:38
                First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89437-6695
13295693       +E-mail/Text: bncnotices@becket-lee.com Jun 27 2019 02:59:41      Kohls/capone,    Po Box 3115,
                Milwaukee, WI 53201-3115
13295695       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2019 03:06:53      LVNV Funding LLC,
                15 S. Main St.,    Greenville, SC 29601-2743
13361498        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2019 03:05:34
                LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13295694        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 27 2019 02:59:45      Lane Bryant,
                P.O. Box 659562,    San Antonio, TX 78265-9562
13295696        E-mail/Text: camanagement@mtb.com Jun 27 2019 02:59:45      M & T Bank,    Attn: Bankruptcy,
                1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13343358        E-mail/Text: camanagement@mtb.com Jun 27 2019 02:59:45      M & T Bank,    P.O. Box 1288,
                Buffalo, New York 14240
13295698       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 27 2019 03:00:03      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13295699       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 27 2019 02:59:44      PECO Energy,
                2301 Market St.,    Philadelphia, PA 19103-1380
13361534       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 27 2019 02:59:44      PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13295700        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2019 03:05:31
                Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA 23541
13412490        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2019 03:20:10
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0313-2           User: TashaD              Page 2 of 2                  Date Rcvd: Jun 26, 2019
                               Form ID: pdf900           Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13355262          E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2019 03:06:46      Synchrony Bank,
                   c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
                                                                                               TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*             +Michael J Bresnahan,    310 N. High St.,    West Chester, PA 19380-2614
13307620*        +Michael J. Bresnahan,    310 N. High Street,    West Chester, PA 19380-2614
cr               ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13295689         ##+GE Capital Corp.,    3333 Hesper Rd.,    Billings, MT 59102-6744
13295690         ##+HFC/Beneficial Mtg Services,    Attn: Bankruptcy,    961 Weigel Dr,    Elmhurst, IL 60126-1058
13295692         ##+HSBC,   HSBC CARD SRVS ATTN: BANKRUPTCY,    PO BOX 5213,    Carol Stream, IL 60197-5213
                                                                                   TOTALS: 0, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
          CELINE P. DERKRIKORIAN    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series
           2017-1 c/o Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          MICHAEL J. BRESNAHAN    on behalf of Attorney Michael J Bresnahan mikewcpsu@verizon.net
          MICHAEL J. BRESNAHAN    on behalf of Debtor Christina  Geigel mikewcpsu@verizon.net
          REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTINA GEIGEL                              Chapter 13

                    Debtor           Bankruptcy No. 14-13376-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: June 26, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL J BRESNAHAN
310 N HIGH ST

WEST CHESTER, PA 19380-


Debtor:
CHRISTINA GEIGEL

158 APPLEDORE DRIVE

DOWNINGTOWN, PA 19335