United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-13376-elf
Christina Geigel                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Aug 14, 2019
                              Form ID: 200             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2019.
db              +Christina Geigel,   158 Appledore Drive,   Downingtown, PA 19335-2252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series
               2017-1 c/o Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com
              MICHAEL J. BRESNAHAN    on behalf of Attorney Michael J Bresnahan mikewcpsu@verizon.net
              MICHAEL J. BRESNAHAN    on behalf of Debtor Christina  Geigel mikewcpsu@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                               TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                 : Chapter 13

Christina Geigel                                              : Case No. 14−13376−elf
      Debtor

### *ORDER*

AND NOW, this day August 6, 2019 , this Court having implemented its electronic filing system on April 1, 2003 pursuant to Standing Order;

And on October 19, 2004 an amendment of the Standing Order providing that as of January 15, 2005 all attorneys shall file all documents electronically unless a prior waiver or extension of the mandatory electronic filing deadline has been secured;*¹*

And it appearing that a document styled " Matrix List of Creditors " has not been filed electronically and no waiver or extension of the electronic filing requirement has been secured;

And such non−complying document has been noted on the docket of this Court but has not been filed in the Court's electronic data base;

It is hereby ORDERED that no judicial action shall be taken in connection with a non−complying document and any filing fee accompanying such non−complying document will be contemporaneously returned;

And it is further ORDERED that the non−complying document will be stricken from the docket unless within fourteen (14) days the document and applicable filing fee are submitted in compliance with the Standing Order of this Court.

_____

*¹ On December 1, 2003 an amendment of the Standing Order required that any attorney who was not filing electronically file any paper document accompanied by a disc in PDF format and that the failure to do so would result in the striking of such document from the court record upon notice and opportunity to cure. As of that date the Court's document data base has been maintained electronically.*

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court